## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

Derrick WILLIAMS, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 285 EAL 2016**

Supreme Court of Pennsylvania.

June 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole,* 159 A.3d 466, 2017 WL 1489047 (Pa. 2017).

**IN the INTEREST OF: Z.T.–D.N., a Minor**

**Petition of: C.B.N., Mother**

**No. 221 EAL 2017**

Supreme Court of Pennsylvania.

June 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF: Z.N.N., a Minor**

**Petition of: C.B.N., Mother**

**No. 222 EAL 2017**

Supreme Court of Pennsylvania.

June 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF: D.C., D.C, and D.C., Minors**

**Petition of: J.F., Mother**

**No. 258 MAL 2017**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**David CHALOEUNPORN, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA, Respondent**

**No. 62 EM 2017**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of June, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are **DENIED.**

**COMMONWEALTH of Pennsylvania**

v.

**The REAL PROPERTY AND IMPROVEMENTS KNOWN AS 12534 CHILTON ROAD PHILADELPHIA, PA 19154**

**Petition of: Commonwealth of Pennsylvania**

**No. 659 EAL 2015**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of June, 2017, this petition for allowance of appeal is hereby **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the